AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| HUMAN RIGHTS WATCH, <br><br> *Plaintiff(s)* <br> v. <br> DRUG ENFORCEMENT ADMINISTRATION, et al., <br><br> *Defendant(s)* | Civil Action No. 2:15-cv-2573 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Please see attached sheet.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark Rumold
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
mark@eff.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

*Human Rights Watch v. Drug Enforcement Administration, et al.*
Summons in a Civil Action
Defendants' Names and Addresses

DRUG ENFORCEMENT
ADMINISTRATION
8701 Morrissette Drive
Springfield, VA 22152

MICHELE LEONHART
Administrator
DRUG ENFORCEMENT
ADMINISTRATION
8701 Morrissette Drive
Springfield, VA 22152
(in her official capacity)

FEDERAL BUREAU OF
INVESTIGATION
935 Pennsylvania Avenue, NW
Washington, DC 20535-0001

JAMES COMEY
Director of the Federal Bureau of
Investigation
FBI Headquarters
935 Pennsylvania Avenue, NW
Washington, DC 20535-0001
(in his official capacity)

DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20535-0001

ERIC H. HOLDER
Attorney General
DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20535-0001
(in his official capacity)

DEPARTMENT OF HOMELAND
SECURITY
245 Murray Drive, SW
Washington, DC 20528

JEH JOHNSON
Secretary of Homeland Security
DEPARTMENT OF HOMELAND
SECURITY
245 Murray Lane, SW
Washington, DC 20528
(in his official capacity)

UNITED STATES OF AMERICA
c/o U.S. DEPARTMENT OF
JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20535-0001

 and DOES 1-100

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-2573

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                        *Server's signature*

                            _____
                                                        *Printed name and title*

                            _____
                                                        *Server's address*

Additional information regarding attempted service, etc: