NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
MARK RUMOLD (SBN 279060)
mark@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333

ATTORNEY(S) FOR: Plaintiff Human Rights Watch

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HUMAN RIGHTS WATCH,

Plaintiff(s),

v.

DRUG ENFORCEMENT ADMINISTRATION, et al.,

Defendant(s)

CASE NUMBER:

2:15-cv-2573

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      Plaintiff Human Rights Watch
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| HUMAN RIGHTS WATCH | Plaintiff |
| DRUG ENFORCEMENT ADMINISTRATION | Defendant |
| MICHELE LEONHART | Defendant in her official capacity |
| FEDERAL BUREAU OF INVESTIGATION | Defendant |
| JAMES COMEY | Defendant in his official capacity |
| DEPARTMENT OF JUSTICE | Defendant |
| ERIC H. HOLDER | Defendant in his official capacity |
| DEPARTMENT OF HOMELAND SECURITY | Defendant |
| JEH JOHNSON | Defendant in his official capacity |
| UNITED STATES OF AMERICA | Defendant |

April 7, 2015
Date

/s/ Mark Rumold
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Human Rights Watch