DAVID GREENE (SBN 160107)
davidg@eff.org
MARK RUMOLD (SBN 279060)
NATHAN D. CARDOZO (SBN 259097)
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
HANNI FAKHOURY (SBN 252629)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: 415/436-9333
Facsimile: 415/436-9993

*Counsel for Plaintiff Human Rights Watch*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUMAN RIGHTS WATCH,<br><br>  Plaintiff,<br><br>  v.<br><br>DRUG ENFORCEMENT ADMINISTRATION, *et al*.<br><br>  Defendants. | Case No: 2:15-cv-2573<br><br>**PLAINTIFF HUMAN RIGHTS WATCH'S RULE 7.1 DISCLOSURE STATEMENT** |

PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Plaintiff Human Rights Watch states that it is a nonprofit corporation recognized as tax exempt under Internal Revenue Code section 501(c)(3), that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: April 7, 2015

Respectfully submitted,

s/ Mark Rumold
MARK RUMOLD
DAVID GREENE
NATHAN D. CARDOZO
LEE TIEN
KURT OPSAHL
HANNI FAKHOURY

ELECTRONIC FRONTIER FOUNDATION

*Counsel for Plaintiff Human Rights Watch*

1

PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT
Case No: 2:15-cv-2573