MARK RUMOLD (SBN 279060)
mark@eff.org
DAVID GREENE (SBN 160107)
NATHAN D. CARDOZO (SBN 259097)
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
HANNI FAKHOURY (SBN 252629)
JAMIE L. WILLIAMS (SBN 279046)
ANDREW CROCKER (SBN 291596)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993

*Counsel for Plaintiff
Human Rights Watch*

E-FILED 5/11/15

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HUMAN RIGHTS WATCH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DRUG ENFORCEMENT<br>ADMINISTRATION, *et al.*,<br><br>　　　　Defendants. | Case No: 2:15-cv-2573-PSG-JPR<br><br>**[PROPOSED] ORDER SETTING HEARING DATE**<br><br>Date:<br>Time:<br>Courtroom 880 – Roybal<br>Hon. Philip S. Gutierrez |

[PROPOSED] ORDER SETTING HEARING DATE

On May 6, 2015, Plaintiff Human Rights Watch filed a Request for Expedited Hearing on its pending Motion for Expedited Discovery (ECF No. 11). After full consideration and with good cause appearing:

1. The motion is **GRANTED**, and it is hereby **ORDERED** that Plaintiff's Motion for Expedited Discovery is set for hearing on ___July 6___, 2015 at __1:30__ am/**pm**; and

2. It is further **ORDERED** that the deadlines for the parties' briefs on the Motion are as follows:

    a. Defendants' opposition is due ___June 15___, 2015; and,

    b. Plaintiff's reply is due ___June 22___, 2015; and,

3. It is further **ORDERED** that Plaintiff shall immediately serve this Order on all Defendants.

Dated: __5/11/15__      **PHILIP S. GUTIERREZ**
_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT COURT JUDGE

I, Stephanie Shattuck, state that I am over 18 years of age and not a party to this action. I am employed in the county where the mailing took place. My business address is Electronic Frontier Foundation, 815 Eddy Street, San Francisco, California 94109.

OnMay 6, 2015, I mailed from San Francisco, California the following documents:

- [Proposed] Order Setting Hearing Date

I served the documents by enclosing them in a sealed envelope and deposited the sealed envelope with the United States Postal Service with postage fully prepaid.

The envelope was addressed to counsel for Defendant as follows:

Kathryn L. Wyer
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, N.W.
P.O. Box 883 Ben Franklin Station
Washington, D.C. 20530

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 6, 2015

*Stephanie Shattuck* (signed)
Stephanie Shattuck

2
[PROPOSED] ORDER SETTING HEARING DATE
Case No: 2:15-cv-2573-PSG-JPR