1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HUMAN RIGHTS WATCH,

        Plaintiff,

   v.

DRUG ENFORCEMENT
ADMINISTRATION et al.,

      Defendants.

NO. CV 2:15-2573 PSG (JPR)

**ORDER**

    Having considered Plaintiff's Motion for Expedited Discovery, the opposition thereto, and the entire record herein, the Court hereby DENIES Plaintiff's Motion.

IT IS SO ORDERED.

DATED: _____, 20__

                       _____
                       The Honorable Philip S. Gutierrez
                       United States District Judge