| | |
|---|---|
| BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br>ANDRÉ BIROTTE JR.<br>United States Attorney<br>JOHN R. TYLER<br>Assistant Director, Federal Programs Branch<br>KATHRYN L. WYER (Utah Bar #9846)<br>U.S. Department of Justice, Civil Division<br>20 Massachusetts Avenue, N.W.<br>Washington, DC  20530<br>Tel. (202) 616-8475/Fax (202) 616-8470<br>kathryn.wyer@usdoj.gov<br>*Attorneys for the United States* | E-FILED 7/9/15<br><br>**DENIED BY ORDER OF THE COURT** |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUMAN RIGHTS WATCH,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DRUG ENFORCEMENT ADMINISTRATION et al.,<br><br>　　　　　Defendants. | NO. CV 2:15-2573 PSG (JPR)<br><br>**ORDER ON DEFENDANTS' REQUEST TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY AND COMBINE IT WITH HEARING ON DEFENDANTS' MOTION TO DISMISS** |

　　　　Having considered Defendants' Request to Continue Hearing on Plaintiff's Motion for Expedited Discovery, the opposition thereto, and the entire record herein, the Court hereby GRANTS Defendants' Request. The hearing on Plaintiff's Motion for Expedited Discovery is hereby CONTINUED to August 17, 2015, to coincide with the hearing on Defendants' Motion to Dismiss.

Order
Case No. CV 2:15-2573 PSG (JPR)

1 | IT IS SO ORDERED
2
3 | DENIED
  | _____
4 | The Honorable Philip S. Gutierrez
5 | United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order
Case No. CV 2:15-2573 PSG (JPR)