BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
EILEEN DECKER
United States Attorney
JOHN R. TYLER
Assistant Director, Federal Programs Branch
KATHRYN L. WYER (Utah Bar #9846)
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel. (202) 616-8475/Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for the United States*

E-FILED 10/14/15

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMAN RIGHTS WATCH,<br><br>Plaintiff,<br><br>v.<br><br>DRUG ENFORCEMENT ADMINISTRATION et al.,<br><br>Defendants. | NO. CV 2:15-2573 PSG (JPR)<br><br>**ORDER ON PROPOSED STIPULATION TO EXTEND REMAINING DEADLINES SET FORTH IN COURT'S AUGUST 14, 2015 ORDER** |

The parties' Joint Proposed Stipulation and Order to Extend the Remaining Deadlines set forth in the Court's August 14, 2015 Order is hereby APPROVED. The remaining deadlines are hereby extended as follows:

Deadline for the Government's interrogatory responses:  October 20, 2015
Deadline for HRW's supplemental briefing:  November 16, 2015
Deadline for the Government's response briefing:  December 2, 2015

1  IT IS SO ORDERED

2

3       10/14/15              PHILIP S. GUTIERREZ
                              _____
4                             The Honorable Philip S. Gutierrez

5                             United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Order
Case No. CV 2:15-2573 PSG (JPR)