MARK RUMOLD (SBN 279060)
mark@eff.org
DAVID GREENE (SBN 160107)
NATHAN D. CARDOZO (SBN 259097)
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
HANNI FAKHOURY (SBN 252629)
JAMIE L. WILLIAMS (SBN 279046)
ANDREW CROCKER (SBN 291596)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Counsel for Plaintiff
Human Rights Watch*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMAN RIGHTS WATCH, | Case No: 2:15-cv-2573-PSG-JPR |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| DRUG ENFORCEMENT ADMINISTRATION, *et al.*, | |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL

Defendants having provided additional information through discovery concerning the destruction of call records collected in bulk, Plaintiff hereby gives notice that, pursuant to Fed. R. Civ. P. 41(a), the above-captioned action is voluntarily dismissed without prejudice.

Dated:  December 14, 2015                    Respectfully submitted,

                                *s/     Mark Rumold*
                                MARK RUMOLD
                                DAVID GREENE
                                NATHAN D. CARDOZO
                                LEE TIEN
                                KURT OPSAHL
                                HANNI FAKHOURY
                                JAMIE L. WILLIAMS
                                ANDREW CROCKER

                                ELECTRONIC FRONTIER
                                FOUNDATION

                                *Counsel for Plaintiff Human Rights Watch*