MARK RUMOLD (SBN 279060)
mark@eff.org
DAVID GREENE (SBN 160107)
NATHAN D. CARDOZO (SBN 259097)
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
HANNI FAKHOURY (SBN 252629)
JAMIE L. WILLIAMS (SBN 279046)
ANDREW CROCKER (SBN 291596)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993

*Counsel for Plaintiff
Human Rights Watch*

E-FILED 12/16/15
JS-6

**NOTE CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMAN RIGHTS WATCH,<br><br>         Plaintiff,<br><br>    v.<br><br>DRUG ENFORCEMENT ADMINISTRATION, *et al.*,<br><br>         Defendants. | Case No: 2:15-cv-2573-PSG-JPR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** ; ORDER |

NOTICE OF VOLUNTARY DISMISSAL

Defendants having provided additional information through discovery concerning the destruction of call records collected in bulk, Plaintiff hereby gives notice that, pursuant to Fed. R. Civ. P. 41(a), the above-captioned action is voluntarily dismissed without prejudice.

Dated:  December 14, 2015                              Respectfully submitted,

                                                    s/      Mark Rumold
MARK RUMOLD
DAVID GREENE
NATHAN D. CARDOZO
LEE TIEN
KURT OPSAHL
HANNI FAKHOURY
JAMIE L. WILLIAMS
ANDREW CROCKER

ELECTRONIC FRONTIER FOUNDATION

*Counsel for Plaintiff Human Rights Watch*

**IT IS SO ORDERED.**
DATED: 12/16/15
*[signature]*
**U.S. DISTRICT JUDGE**